IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICAH GARRETT WALTENBAUGH,<br><br>Defendant. | CR 20-113-BLG-SPW<br><br>ORDER |

Defendant has filed a Motion to Appear in Person for Sentencing Hearing (Doc. 21). Commencing April 1, 2021, this Court will be holding all court proceedings **in-person**. Therefore,

IT IS HEREBY ORDERED that the Defendant's Motion (Doc. 21) is **DENIED** as moot.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 8th day of March, 2021.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge

1